**Lonnie EVERETT, Plaintiff—Appellant,**

v.

**Trooper WILKERSON; Trooper Branch; I. Graham Pruitt, Magistrate at Pitt County Detention Center; Stacey A. Phipps, Associate Attorney General, Defendants—Appellees.**

No. 04–7933.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 4, 2005.

Lonnie Everett, Appellant pro se.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lonnie Everett appeals the district court's order dismissing as time-barred his complaint filed pursuant to 42 U.S.C. § 1983 (2000). *See* 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Everett v. Wilkerson,* No. CA–04–569–5–4 (E.D.N.C. Oct. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*